# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEVIN LOUVIERE, ET AL | CIVIL ACTION |
| VERSUS | NO. 20-1840 |
| ST. TAMMANY PARISH GOVERNMENT, ET AL | SECTION: "I" (5) |

## O R D E R

It appears to the Court that the subject matter of the above-captioned case is related to that of Civil Action Nos. 20-980, *Ahmed Baqer, et al v. St. Tammany Parish Government, et al,* before Section D (2) of this Court.  Accordingly,

**IT IS ORDERED** that the above-captioned matter be transferred to Section D (2).

New Orleans, Louisiana, this 6th day of July, 2020.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

7/6/20
TRANSFERRED TO
**SECT. D MAG 2**