AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Kevin Louviere, et al., <br><br> *Plaintiff(s)* <br> v. <br> St. Tammany Parish Government, et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 2:20-cv-01840  I (5) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* St. Tammany Parish Government
Administrative Complex
21490 Koop Drive
Mandeville, LA 70471

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
THE GLORIOSO LAW FIRM
2716 Athania Parkway
Metairie, LA 70002
Tel: (504) 569-9999

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Carol L. Michel
Name of clerk of court

Date: __Jun 30 2020__    _/s/ Margie Palmer_
Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-01840

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __St. Tommany Parish Gouvernmt, Mike cooper, Parish President__
was received by me on *(date)* __7/4/20__.

☒ I personally served the summons on the individual at *(place)* __21490 Koop Dr Madisonville, LA, Mike Cooper Parish President, though admin asst. Laurie OJeda__ on *(date)* __7/29/20__; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ __—__ for travel and $ __—__ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __7/29/20__

_____
Server's signature

__Keith LoBruno   LPI__
Printed name and title

__P.O. Box 740567 New Orleans, LA 70174__
Server's address

Additional information regarding attempted service, etc: