# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KEITH LOUVIERE, TERRY MATTHEW** | * | |
| **HALL, JR., and FLOYD WILLIAMS** | * | |
| **Plaintiffs;** | * | |
| | * | |
| **versus** | * | **CIVIL ACTION** |
| | * | |
| **ST. TAMMANY PARISH GOVERNMENT,** | * | **NO. 2:20-cv-01840** |
| **a/k/a ST. TAMMANY PARISH COUNCIL;** | * | |
| **RANDY SMITH, in his official and individual** | * | **JUDGE WENDY B. VITTER** |
| **capacity; RODNEY J. STRAIN, in his official** | * | |
| **and individual capacity; GREG LONGINO, in** | * | **MAG. DONNA PHILLIPS CURRAULT** |
| **his official and individual capacity; and LACEY** | * | |
| **KELLY, in her official and individual capacity;** | * | |
| **Defendant** | * | |
| * * * * * * * * * * * * * * * * * * * * * | | |

## ANSWER TO PLAINTIFFS' COMPAINT AT LAW AND AFFIRMATIVE DEFENSES ON BEHALF OF DEFENDANT, ST. TAMMANY PARISH GOVERNMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, St. Tammany Parish Government (hereinafter referred to as "STPG" and incorrectly referred to in the Complaint as "St. Tammany Parish Council" and "STPC"), who respectfully responds to Plaintiffs' Complaint at Law ("Complaint") and asserts the following affirmative defenses:

## ANSWER

AND NOW, without waiving any rights or defenses, Defendant hereby answers Plaintiffs' Complaint as follows:

### 1.

The allegations contained in paragraph 1 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

2.

The allegations contained in paragraph 2 are denied.

3.

The allegations contained in paragraph 3 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

4.

The allegations contained in paragraph 4 are denied as written.

5.

The allegations contained in paragraph 5 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

6.

The allegations contained in paragraph 6 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

7.

The allegations contained in paragraph 7 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

8.

The allegations contained in paragraph 8 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

9.

The allegations contained in paragraph 9 do not require a response from Defendant. However, to the extent that an answer is required, the allegations in paragraph 9 are denied for lack of sufficient information to justify a belief therein.

10.

The allegations contained in paragraph 10 do not require a response from Defendant. However, to the extent that an answer is required, the allegations in paragraph 10 are denied for lack of sufficient information to justify a belief therein.

11.

The allegations contained in paragraph 11 do not require a response from Defendant. However, to the extent that an answer is required, the allegations in paragraph 11 are denied for lack of sufficient information to justify a belief therein.

12.

The allegations contained in paragraph 12 are denied. St. Tammany Parish Council is not a legal entity with capacity to be sued. Defendant, STPG, has no responsibility for the operation or maintenance of the law enforcement agency known as the St. Tammany Parish Sheriff or his agents, employees, and/or representatives.

13.

The allegations contained in paragraph 13 are denied except to admit that the St. Tammany Parish Jail is located at 1200 Champagne Street, Covington, Louisiana.

14.

The allegations contained in paragraph 14 are denied.

15.

The allegations contained in paragraph 15 are denied as written.

16.

The allegations contained in paragraph 16 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

3

17.

The allegations contained in paragraph 17 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

18.

The allegations contained in paragraph 18 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

19.

The allegations contained in paragraph 19 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

20.

The allegations contained in paragraph 20 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

21.

The allegations contained in paragraph 21 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

22.

The allegations contained in paragraph 22 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

23.

The allegations contained in paragraph 23 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

24.

The allegations contained in paragraph 24 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

25.

The allegations contained in paragraph 25 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

26.

The allegations contained in paragraph 26 are denied.

27.

The allegations contained in paragraph 27 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

28.

The allegations contained in paragraph 28 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

29.

The allegations contained in paragraph 29 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

30.

The allegations contained in paragraph 30 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

31.

The allegations contained in paragraph 31 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

32.

The allegations contained in paragraph 32 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

33.

The allegations contained in paragraph 33 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

34.

The allegations contained in paragraph 34 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

35.

The allegations contained in paragraph 35 do not require a response from Defendant, STPG.

36

The allegations contained in paragraph 36 are denied.

37.

The allegations contained in paragraph 37 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

38.

The allegations contained in paragraph 38 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

39.

The allegations contained in paragraph 39 are denied.

40.

The allegations contained in paragraph 40 are denied as written. 22 La. Admin. Code § 2503 is the best evidence of its contents.

41.

The allegations contained in paragraph 41 are legal conclusions which do not require a response from Defendant, STPG. However, to the extent that an answer is required, the allegations in paragraph 41 are denied as written.

42.

The allegations contained in paragraph 42 are legal conclusions which do not require a response from Defendant, STPG. However, to the extent that an answer is required, the allegations in paragraph 42 are denied as written.

43.

The allegations contained in paragraph 43 are legal conclusions which do not require a response from Defendant, STPG. However, to the extent that an answer is required, the allegations in paragraph 43 are denied as written.

44.

The allegations contained in paragraph 44 are legal conclusions which do not require a response from Defendant, STPG. However, to the extent that an answer is required, the allegations in paragraph 44 are denied as written.

45.

The allegations contained in paragraph 45 are legal conclusions which do not require a response from Defendant, STPG. However, to the extent that an answer is required, the allegations in paragraph 45 are denied as written.

46.

The allegations contained in paragraph 46 are legal conclusions which do not require a response from Defendant, STPG. However, to the extent that an answer is required, the allegations in paragraph 46 are denied as written.

47.

The allegations contained in paragraph 47 are legal conclusions which do not require a response from Defendant, STPG. However, to the extent that an answer is required, the allegations in paragraph 47 are denied as written.

48.

The allegations contained in paragraph 48 are legal conclusions which do not require a response from Defendant, STPG. However, to the extent that an answer is required, the allegations in paragraph 48 are denied as written.

49.

The allegations contained in paragraph 49 are legal conclusions which do not require a response from Defendant, STPG. However, to the extent that an answer is required, the allegations in paragraph 49 are denied as written.

50.

The allegations contained in paragraph 50 are legal conclusions which do not require a response from Defendant, STPG. However, to the extent that an answer is required, the allegations in paragraph 50 are denied as written.

51.

The allegations contained in paragraph 51 are legal conclusions which do not require a response from Defendant, STPG. However, to the extent that an answer is required, the allegations in paragraph 51 are denied as written.

52.

The allegations contained in paragraph 52 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

53.

The allegations contained in paragraph 53 are legal conclusions which do not require a response from Defendant, STPG. However, to the extent that an answer is required, the allegations in paragraph 53 are denied as written.

54.

The allegations contained in paragraph 54 are legal conclusions which do not require a response from Defendant, STPG. However, to the extent that an answer is required, the allegations in paragraph 54 are denied as written.

55.

The allegations contained in paragraph 55 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

56.

The allegations contained in paragraph 56 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

57.

The allegations contained in paragraph 57 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

58.

The allegations contained in paragraph 58 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

59.

The allegations contained in paragraph 59 are denied.

60.

The allegations contained in paragraph 60 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

61.

The allegations contained in paragraph 61 are denied as written.

62.

The allegations contained in paragraph 62 are denied as written.

63.

The allegations contained in paragraph 63 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

64.

The allegations contained in paragraph 64 are denied as written.

65.

The allegations contained in paragraph 65 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

66.

The allegations contained in paragraph 66 are denied. Defendant, STPG, does not operate or oversee operations of the St. Tammany Parish Jail.

67.

The allegations contained in paragraph 67 are denied.

68.

The allegations contained in paragraph 68 are denied. Defendant, STPG, does not operate or oversee operations at the St. Tammany Parish Jail.

69.

The allegations contained in paragraph 69 are denied. Defendant, STPG, does not operate or oversee operations at the St. Tammany Parish Jail.

70.

The allegations contained in paragraph 70 are denied. Defendant, STPG, does not operate or oversee operations at the St. Tammany Parish Jail.

71.

The allegations contained in paragraph 71 are denied. Defendant, STPG, does not operate or oversee operations at the St. Tammany Parish Jail.

72.

The allegations contained in paragraph 72 are denied. Defendant, STPG, does not operate or oversee operations at the St. Tammany Parish Jail.

73.

The allegations contained in paragraph 73 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

74.

The allegations contained in paragraph 74 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

75.

The allegations contained in paragraph 75 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

76.

The allegations contained in paragraph 76 are denied. Defendant, STPG, does not operate or oversee operations at the St. Tammany Parish Jail.

77.

The allegations contained in paragraph 77 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

78.

The allegations contained in paragraph 78 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

79.

The allegations contained in paragraph 79 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

80.

The allegations contained in paragraph 80 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

81.

The allegations contained in paragraph 81 are denied as written and/or are denied for lack of sufficient information to justify a belief therein. Defendant, STPG, does not operate or oversee operations at the St. Tammany Parish Jail.

82.

The allegations contained in paragraph 82 are denied as written and/or are denied for lack of sufficient information to justify a belief therein. Defendant, STPG, does not operate or oversee operations at the St. Tammany Parish Jail.

83.

The allegations contained in paragraph 83 are denied as written and/or are denied for lack of sufficient information to justify a belief therein. Defendant, STPG, does not operate or oversee operations at the St. Tammany Parish Jail.

84.

The allegations contained in paragraph 84 are denied as written and/or are denied for lack of sufficient information to justify a belief therein. Defendant, STPG, does not operate or oversee operations at the St. Tammany Parish Jail.

85.

The allegations contained in paragraph 85 are denied as written and/or are denied for lack of sufficient information to justify a belief therein. Defendant, STPG, does not operate or oversee operations at the St. Tammany Parish Jail.

86.

The allegations contained in paragraph 86 are denied as written and/or are denied for lack of sufficient information to justify a belief therein. Defendant, STPG, does not operate or oversee operations at the St. Tammany Parish Jail.

87.

The allegations contained in paragraph 87 are denied as written and/or are denied for lack of sufficient information to justify a belief therein. Defendant, STPG, does not operate or oversee operations at the St. Tammany Parish Jail.

88.

The allegations contained in paragraph 88 are denied as written and/or are denied for lack of sufficient information to justify a belief therein. Defendant, STPG, does not operate or oversee operations at the St. Tammany Parish Jail.

89.

The allegations contained in paragraph 89 are denied as written and/or are denied for lack of sufficient information to justify a belief therein. Defendant, STPG, does not operate or oversee operations at the St. Tammany Parish Jail.

90.

The allegations contained in paragraph 90 are denied as written and/or are denied for lack of sufficient information to justify a belief therein. Defendant, STPG, does not operate or oversee operations at the St. Tammany Parish Jail.

91.

The allegations contained in paragraph 91 are denied as written and/or are denied for lack of sufficient information to justify a belief therein. Defendant, STPG, does not operate or oversee operations at the St. Tammany Parish Jail.

92.

The allegations contained in paragraph 92 are denied as written and/or are denied for lack of sufficient information to justify a belief therein. Defendant, STPG, does not operate or oversee operations at the St. Tammany Parish Jail.

93.

The allegations contained in paragraph 93 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

94.

The allegations contained in paragraph 94 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

95.

The allegations contained in paragraph 95 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

96.

The allegations contained in paragraph 96 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

97.

The allegations contained in paragraph 97 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

98.

The allegations contained in paragraph 98 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

99.

The allegations contained in paragraph 99 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

100.

The allegations contained in paragraph 100 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

101.

The allegations contained in paragraph 101 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

102.

The allegations contained in paragraph 102 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

103.

The allegations contained in paragraph 103 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

104.

The allegations contained in paragraph 104 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

105.

The allegations contained in paragraph 105 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

106.

The allegations contained in paragraph 106 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

107.

The allegations contained in paragraph 107 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

108.

The allegations contained in paragraph 108 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

109.

The allegations contained in paragraph 109 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

110.

The allegations contained in paragraph 110 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

111.

The allegations contained in paragraph 111 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

112.

The allegations contained in paragraph 112 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

113.

The allegations contained in paragraph 113 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

114.

The allegations contained in paragraph 114 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

115.

The allegations contained in paragraph 115 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

116.

The allegations contained in paragraph 116 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

117.

The allegations contained in paragraph 117 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

118.

The allegations contained in paragraph 118 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

119.

The allegations contained in paragraph 119 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

120.

The allegations contained in paragraph 120 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

121.

The allegations contained in paragraph 121 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

122.

The allegations contained in paragraph 122 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

123.

The allegations contained in paragraph 123 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

124.

The allegations contained in paragraph 124 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

125.

The allegations contained in paragraph 125 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

126.

The allegations contained in paragraph 126 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

127.

The allegations contained in paragraph 127 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

128.

The allegations contained in paragraph 128 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

129.

The allegations contained in paragraph 129 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

130.

The allegations contained in paragraph 130 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

131.

The allegations contained in paragraph 131 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

132.

The allegations contained in paragraph 132 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

133.

The allegations contained in paragraph 133 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

134.

The allegations contained in paragraph 134 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

135.

The allegations contained in paragraph 135 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

136.

The allegations contained in paragraph 136 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

137.

The allegations contained in paragraph 137 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

138.

The allegations contained in paragraph 138 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

139.

The allegations contained in paragraph 139 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

140.

The allegations contained in paragraph 140 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

141.

The allegations contained in paragraph 141 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

142.

The allegations contained in paragraph 142 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

143.

The allegations contained in paragraph 143 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

144.

The allegations contained in paragraph 144 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

145.

The allegations contained in paragraph 145 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

146.

The allegations contained in paragraph 146 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

147.

The allegations contained in paragraph 147 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

148.

The allegations contained in paragraph 148 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

149.

The allegations contained in paragraph 149 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

150.

The allegations contained in paragraph 150 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

151.

The allegations contained in paragraph 151 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

152.

The allegations contained in paragraph 152 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

153.

Defendant, STPG, reasserts its responses to paragraphs 1-143.

154.

The allegations contained in paragraph 154 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

155.

The allegations contained in paragraph 155 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

156.

The allegations contained in paragraph 156 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

157.

The allegations contained in paragraph 157 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

158.

The allegations contained in paragraph 158 are denied. Defendant, STPG, does not operate or oversee operations at the St. Tammany Parish Jail.

159.

The allegations contained in paragraph 159 are denied. Defendant, STPG, does not operate or oversee operations at the St. Tammany Parish Jail.

160.

The allegations contained in paragraph 160 are denied. Defendant, STPG, does not operate or oversee operations at the St. Tammany Parish Jail.

161.

The allegations contained in paragraph 161 are denied. Defendant, STPG, does not operate or oversee operations at the St. Tammany Parish Jail.

162.

The allegations contained in paragraph 162 are denied. Defendant, STPG, does not operate or oversee operations at the St. Tammany Parish Jail.

163.

The allegations contained in paragraph 163 are denied. Defendant, STPG, does not operate or oversee operations at the St. Tammany Parish Jail.

164.

The allegations contained in paragraph 164 are denied. Defendant, STPG, does not operate or oversee operations at the St. Tammany Parish Jail.

165.

The allegations contained in paragraph 165 are denied.

166.

Defendant, STPG, reasserts its responses to paragraphs 1-156.

167.

The allegations contained in paragraph 167 are denied as written. Louisiana Constitution, Article I, Section 20 is the best evidence of its contents.

168.

The allegations contained in paragraph 168 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

169.

The allegations contained in paragraph 169 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

170.

The allegations contained in paragraph 170 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

171.

The allegations contained in paragraph 171 are denied as written and/or are denied for lack of sufficient information to justify a belief therein.

172.

The allegations contained in paragraph 172 are denied. Defendant, STPG, does not operate or oversee operations at the St. Tammany Parish Jail.

173.

The allegations contained in paragraph 173 are denied. Defendant, STPG, does not operate or oversee operations at the St. Tammany Parish Jail.

174.

The allegations contained in paragraph 174 are denied. Defendant, STPG, does not operate or oversee operations at the St. Tammany Parish Jail.

175.

The allegations contained in paragraph 175 are denied. Defendant, STPG, does not operate or oversee operations at the St. Tammany Parish Jail.

176.

The allegations contained in paragraph 176 are denied. Defendant, STPG, does not operate or oversee operations at the St. Tammany Parish Jail.

177.

The allegations contained in paragraph 177 are denied. Defendant, STPG, does not operate or oversee operations at the St. Tammany Parish Jail.

178.

Defendant, STPG, reasserts its responses to paragraphs 1-168.

179.

The allegations contained in paragraph 179 are legal conclusions which do not require a response from Defendant, STPG. However, to the extent that an answer is required, the allegations in paragraph 179 are denied as written.

180.

The allegations contained in paragraph 180 are legal conclusions which do not require a response from Defendant, STPG. However, to the extent that an answer is required, the allegations in paragraph 180 are denied as written.

181.

The allegations contained in paragraph 181 are legal conclusions which do not require a response from Defendant, STPG. However, to the extent that an answer is required, the allegations in paragraph 181 are denied as written.

182.

The allegations contained in paragraph 182 are denied.

183.

The allegations contained in paragraph 183, including all subparts, are denied.

184.

Defendant, STPG, reasserts its responses to paragraphs 1-174.

185.

The allegations contained in paragraph 185 are denied.

186.

The allegations contained in paragraph 186 are denied. None of the named defendants, including Defendants Smith, Strain, Longino, and Kelly, are or were employed by Defendant STPG during the pertinent time period.

187.

The allegations contained in paragraph 187 do not require a response from Defendant, STPG. However, to the extent that an answer is required, the allegations in paragraph 187 are denied as written.

188.

Defendant, STPG, reasserts its responses to paragraphs 1-178.

189.

The allegations contained in paragraph 189 are denied.

190.

The allegations contained in paragraph 190 are denied.

191.

The allegations contained in paragraph 191 are denied.

192.

The allegations contained in paragraph 192 are denied, except to admit that punitive damages are not recoverable from Defendant, STPG.

193.

Any allegations contained in the Complaint, including, but not limited to the Prayer for relief, are denied unless expressly admitted.

194.

Defendant, STPG, requests a trial by jury herein as to all matters properly tried thereby.

**AFFIRMATIVE DEFENSES**

FIRST DEFENSE

Plaintiffs' Complaint at Law fails to allege a cause of action against STPG upon which relief can be granted.

SECOND DEFENSE

Plaintiffs cannot meet their burden of proof as STPG acted within the applicable standard of care imposed by law.

THIRD DEFENSE

STPG asserts the affirmative defense of failure to mitigate any damages that Plaintiffs may have suffered, despite a legal duty to do so.

FOURTH DEFENSE

STPG pleads the comparative fault of Plaintiffs and/or other entities who are or are not parties to this instant matter.  Defendant further assert as an affirmative defense the contributory negligence and/or intentional misconduct and/or assumption of the risk by Plaintiffs.

FIFTH DEFENSE

The Plaintiffs lack the requisite standing to bring these claims.

## SIXTH DEFENSE

STPG invokes all provisions of the Louisiana Governmental Claims Act (La. R.S. § 13:5101, *et seq.*) available under the law.

## SEVENTH DEFENSE

STPG affirmatively avers that any cause of action adverse to STPG is prescribed.

## EIGHTH DEFENSE

Plaintiffs' allegations do not establish a deprivation of a protected federal constitutional right.

## NINTH DEFENSE

STPG invokes all relevant and applicable provisions of La. R.S. § 9:2798.1 and the limitation of liability contained therein.

## TENTH DEFENSE

Plaintiffs' claims are without merit and STPG is entitled to be awarded attorney's fees and costs incurred in defense of this matter pursuant to 42 U.S.C. § 1988.

## ELEVENTH DEFENSE

The putative class asserted in the Complaint at Law is inappropriate for class certification because there is no ascertainable class.

## TWELTH DEFENSE

Pursuant to Federal Rules of Civil Procedure Rule 10(c), STPG adopts by reference all defenses and affirmative defenses of other parties here that seek to defeat or diminish Plaintiffs' claims to the extent those defenses and affirmative defenses are consistent with the facts and circumstances pertinent to STPG.

## THIRTEENTH DEFENSE

STPG specifically reserves the right to plead and assert any and all additional defenses that may become evident after further discovery and investigation have been conducted, and further declare their intention to avail themselves of all constitutional, statutory, and jurisprudential defenses legally and factually available to it.

WHEREFORE, Defendant, St. Tammany Parish Government, prays that this Answer be deemed good and sufficient and after all due proceedings are had, that there be judgment herein dismissing the claims of Plaintiffs, KEVIN LOUVIERE, TERRY MATTHEW HALL, JR., and FLOYD WILLIAMS, and for all other general and equitable relief as this Court deems proper.

Respectfully submitted,

s/Emily G. Couvillon
**EMILY G. COUVILLON (LA BAR ROLL #31114)**
**CARY J. MENARD (LA BAR ROLL #09426)**
Assistant District Attorneys – 22nd Judicial District
Civil Division
21454 Koop Drive, Suite 2G, Mandeville, LA 70471
Telephone :   (985) 898-3427
Email :        ecouvillon@22da.com
                    cmenard@22da.com
*Counsel for St. Tammany Parish Government*

## CERTIFICATE

This is to certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system this 9th day of September, 2020.

s/Emily G. Couvillon
**EMILY G. COUVILLON**