UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEVIN LOUVIERE, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-1840-WBV-DPC** |
| **ST. TAMMANY PARISH GOVERNMENT, ET AL.** | **SECTION: D (2)** |

### ORDER

Considering the Unopposed Motion for Extension of Time to File Motion for Class Certification (R. Doc. 26);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** Plaintiffs, Kevin Louviere, Terry Matthew Hall, Jr. and Floyd Williams, shall have an additional 30 days, or until **October 28, 2020**, to file a motion for class certification pursuant to Local Rule 23.1.

New Orleans, Louisiana, September 28, 2020.

*/s/ Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**