# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEVIN LOUVIERE, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-1840-WBV-DPC** |
| **ST. TAMMANY PARISH GOVERNMENT, ET AL.** | **SECTION: D (2)** |

### ORDER

Considering the Ex Parte Motion to Enroll Additional Counsel of Record (R. Doc. 31);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** James J. Bolner, Jr., an Assistant District Attorney for the Twenty-Second Judicial District in Louisiana, shall be enrolled as additional counsel of record for defendant, St. Tammany Parish Government.

New Orleans, Louisiana, October 13, 2020.

*[signature]*
**WENDY B. VITTER**
**United States District Judge**