**MINUTE ENTRY**
**VITTER, J.**
**November 16, 2020**
**JS10, 0:30**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**KEVIN LOUVIERE, ET AL.**                                       **CIVIL ACTION**

**VERSUS**                                                                   **NO. 20-1840-WBV-DPC**

**ST. TAMMANY PARISH**                                        **SECTION: D (2)**
**GOVERNMENT, ET AL.**

### TELEPHONE STATUS CONFERENCE REPORT

On November 16, 2020, the Court held a Telephone Status Conference in this matter.

**PRESENT:**

**Maria B. Glorioso, Ian P. Fallon**
Counsel for Plaintiffs, Kevin Louviere, Terry Matthew Hall, Jr. and Floyd Williams

**Emily Couvillion, James J. Bolner, Jr.**
Counsel for defendant, St. Tammany Parish Government a/k/a St. Tammany Parish Council

**Chadwick W. Collings**
Counsel for Defendants, Randy Smith, Rodney J. Strain, Greg Longino, and Lacey Kelly,

During the conference, the Court discussed with counsel the status of the case, including the pending Motion to Dismiss Pursuant to Rule 12(b)(6) (R. Doc. 25) and

the pending Motion for Class Certification (R. Doc. 37). The deadlines in the Court's Scheduling Order remain in effect.

New Orleans, Louisiana, November 16, 2020.

*Wendy B Vitter*
**WENDY B. VITTER**
**United States District Judge**