UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KEITH LOUVIERE, TERRY MATTHEW HALL, JR., and FLOYD WILLIAMS** Plaintiffs; | * * * * | |
| versus | * * | CIVIL ACTION |
| **ST. TAMMANY PARISH GOVERNMENT,** a/k/a **ST. TAMMANY PARISH COUNCIL;** **RANDY SMITH,** in his official and individual capacity; **RODNEY J. STRAIN,** in his official and individual capacity; **GREG LONGINO,** in his official and individual capacity; and **LACEY KELLY,** in her official and individual capacity; Defendant | * * * * * * * * | NO. 2:20-cv-01840 JUDGE WENDY B. VITTER MAG. DONNA PHILLIPS CURRAULT |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT, ST. TAMMANY PARISH GOVERNMENT'S, MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

**NOW INTO COURT**, through undersigned counsel, comes Defendant, St. Tammany Parish Government, who opposes the Motion for Class Certification by Plaintiffs (Rec. Doc. 37), and hereby adopts the arguments in opposition to class certification made by Defendants Sheriff Randy Smith, Lacey Kelley, Rodney J. Strain, and Greg Longino, each in their official and individual capacities ("the St. Tammany Parish Sheriff's Office Defendants"), in the St. Tammany Parish Sheriff's Office Defendants' Opposition to Plaintiffs' Motion for Class Certification filed on December 17, 2020 (Rec. Doc. 39).

For all of the reasons set forth in St. Tammany Parish Sheriff's Office Defendants' Opposition to Plaintiffs' Motion for Class Certification, Defendant, St. Tammany Parish Government, respectfully avers that Plaintiffs' Motion for Class Certification should be denied.

Respectfully submitted:

By: **s/ Emily G. Couvillon**
**EMILY G. COUVILLON (LA BAR ROLL #31114)**
**CARY J. MENARD (LA BAR ROLL #09426)**
**JAMES J. BOLNER, JR. (LA BAR ROLL #21485)**
22nd Judicial District Attorney, Civil Division
21454 Koop Drive, Suite 2G
Mandeville, Louisiana 70471
Telephone: (985) 898-3427
ecouvillon@22da.com
cmenard@22da.com
jjbolner@22da.com
*Counsel for St. Tammany Parish Government*

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that I have on this 17th day of December 2020, served a copy of the foregoing pleading upon known counsel for all parties to this proceeding via electronic transmission with the Clerk of Court through the CM/ECF filing system.

s/Emily G. Couvillon
**EMILY G. COUVILLON**